AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
                FILED          RECEIVED
                ENTERED        SERVED ON
                               COUNSEL/PARTIES OF RECORD

                AUG 21 2025

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
        BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:25-mj-620-MDC |
| ) | |
| CLAYTON FAUBION ) | Charging District:   Southern District of Mississippi |
| *Defendant* ) | Charging District's Case No.   1:25cr128TBM-BWR |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court | Courtroom No.: TBD |
|---|---|---|
| | 2012 15th St., Suite 403 | |
| | Gulfport, MS 39501 | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    August 21, 2025

*Judge's signature*

MAXIMILIANO D. COUVILLIER, III, US Magistrate Judge
*Printed name and title*